```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 02056
   GILDARDO P FLORES
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-9090

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 01/31/2008 and was confirmed 04/24/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   5.00%.

     The case was dismissed after confirmation 01/08/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
WELLS FARGO FINANCIAL IL   UNSECURED          1285.53         .00           .00
RJM AQUISITIONS FUNDING    UNSECURED           105.69         .00           .00
RJM AQUISITIONS FUNDING    UNSECURED           130.31         .00           .00
AMERICAN EXPRESS BANK      UNSECURED          2717.55         .00           .00
AMERICAN EXPRESS BANK      UNSECURED          1204.41         .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED           679.58         .00           .00
CAPITAL ONE BANK           UNSECURED        NOT FILED         .00           .00
CAPITAL ONE                UNSECURED        NOT FILED         .00           .00
CAPITAL ONE                UNSECURED        NOT FILED         .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          5674.62         .00           .00
CITIBANK                   UNSECURED        NOT FILED         .00           .00
CITIBANK USA               UNSECURED        NOT FILED         .00           .00
TRINITY HOSPITAL           UNSECURED        NOT FILED         .00           .00
TRINITY HOSPITAL           UNSECURED        NOT FILED         .00           .00
GEMB/WALMART               UNSECURED        NOT FILED         .00           .00
MCYDSNB                    UNSECURED        NOT FILED         .00           .00
PORTFOLIO RECOVERY         UNSECURED           816.59         .00           .00
ROUNDUP FUNDING LLC        UNSECURED          1256.53         .00           .00
STACEY ANDERSON            NOTICE ONLY     NOT FILED         .00           .00
GILARDO FLORES JR          NOTICE ONLY     NOT FILED         .00           .00
CREDIT ONE BANK            UNSECURED        NOT FILED         .00           .00
HOME LOAN SERVICES INC     CURRENT MORTG         .00         .00           .00
HOME LOAN SERVICES INC     MORTGAGE ARRE         .00         .00           .00
HOME LOANS SERVICES INC    NOTICE ONLY     NOT FILED         .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      2,784.00                    1,656.16
TOM VAUGHN                 TRUSTEE                                        138.84
DEBTOR REFUND              REFUND                                            .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 02056 GILDARDO P FLORES
```

```
TRUSTEE                                         1,795.00

PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                             .00
ADMINISTRATIVE                                                   1,656.16
TRUSTEE COMPENSATION                                               138.84
DEBTOR REFUND                                                         .00
                                        ----------------  ----------------
TOTALS                                          1,795.00          1,795.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                        /s/ Tom Vaughn
     Dated: 03/05/09                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```

                              PAGE   2
          CASE NO. 08 B 02056 GILDARDO P FLORES